UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Liberty Mutual Insurance Company

and

CHUBB Group of Insurance Companies,

Plaintiffs,

vs.

George Johnson, individually, and
d/b/a George Johnson Well Drilling,

Defendant.

Court File No.: 00-1636 DSD/SRN

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

---

## STIPULATION

All matters in dispute in the above-entitled action having been fully compromised, settled and adjusted between the parties hereto;

**IT IS HEREBY STIPULATED** by and between the parties hereto, by their respective attorneys, that the Plaintiffs Liberty Mutual Insurance Company and CHUBB Group of Insurance Companies' Complaint and alleged causes of action against Defendant George Johnson, individually, and d/b/a George Johnson Well Drilling be dismissed on the merits without costs to any party hereto and the Judge or Clerk of said Court is hereby authorized and requested, upon the filing of this Stipulation, duly executed, and without further or other notice to any party hereto to dismiss Plaintiff's Complaint with Prejudice.

FEB 26 2001

FEB 26 2001

Dated: 1/10/01

**MURNANE, CONLIN, WHITE & BRANDT
PROFESSIONAL ASSOCIATION**

C. Todd Koebele, #17287X
Stacy E. Cudd, #0267181
Attorneys for Defendant
1800 Piper Jaffray Plaza
444 Cedar Street
St. Paul, Minnesota 55101
651/227-9411

Dated: 2/12/01

**COZEN AND O'CONNOR**

Mark E. Utke, # PA 70750
Attorney for Plaintiffs
1900 Market Street
The Atrium
Philadelphia, PA 19103
215/665-2164

**ORDER**

Based upon the foregoing Stipulation,

**IT IS HEREBY ORDERED AND ADJUDGED** that the Plaintiffs Liberty Mutual Insurance Company and CHUBB Group of Insurance Companies' Complaint and alleged causes of action be dismissed on the merits with prejudice.

Dated: 2/26/01

Honorable David S. Doty
United States District Court Judge

LET JUDGMENT BE ENTERED ACCORDINGLY.

446259